**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**TYLER JUMPER**                                                                                      **PLAINTIFF**
**#11462**

**v.**                                        **Case No. 3:23-cv-00198-KGB**

**DOES**                                                                                               **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 3). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se* plaintiff Tyler Jumper's complaint is dismissed without prejudice (Dkt. No. 1). Judgment will be entered accordingly.

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge